# IN the United States District Court
## for the Southern District of New York

RECEIVED
SDNY PRO SE OFFICE

2015 AUG 25 A 11: 19

United States of America

v

Ryan Campbell, Defendant

14 CR 130 (SAS)
14 CR 254 (SAS)

## Notice of Appeal

Comes Now the defendant Ryan Campbell, Pro Se and hereby gives notice of Appeal from the Judgment and sentence by this court on August 14th., 2015.

Respectfully submitted this 19 day of August, 2015.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 4 2015

*Ryan Campbell*

Ryan Campbell #60001-050
MCC
150 Park Row
New York, NY 10007

U.S. v. Ryan Campbell   14 CR 130 (SAS)                     8/19/15
                        14 CR 254 (SAS)

To whom it may concern,

       The defendant Ryan Campbell can not afford a counsel to perfect an appeal, and the defendant is asking that the court assign him an attorney. The Defendants prior counsel Kevin Roe no longer represents the Defendant and the defendant has a conflict of interest with the C.J.A. Counsel gary Becker. The defendant Requests for the court to appoint him a new counsel to represent Him in these proceeding. Thank you!

                Sincerely,

                Ryan Campbell

                Ryan Campbell #60001-050

                MCC

                150 Park Row

                New york, N.y. 10007

Legal Mail

Ryan Campbell
REGISTERED 6000I-050
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY 10007



100071316599

Please
& Pics
Yes



NEW YORK NY 100
21 AUG 2015 PM 10 L

To: Court Clerk
U.S. Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 25 A 11: 19

USA FIRST-CLASS FOREVER

**Metropolitan Correctional Center, 150 Park P**
New York, NY 10007. The enclosed letter was
processed through special mail procedures for
forwarding to you. The letter has neither been
opened nor inspected. If the writer raises a question
or a problem over which this facility has jurisdiction,
you may wish to return the material for further
information or clarification. If the writer enclose a
correspondence for forwarding to another addressee,
please return the enclosure to the above address.

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:14−cr−00130−SAS All Defendants

Case title: USA v. Williams et al
Magistrate judge case number: 1:14−mj−00243−UA

Date Filed: 02/24/2014

Assigned to: Judge Loretta A.
Preska

**Defendant (1)**

**Allen Williams**
*TERMINATED: 03/27/2015*
*also known as*
Sealed Defendant 1
*TERMINATED: 03/27/2015*

represented by **Mark Steven DeMarco**
Mark S. DeMarco Law Office
2027 Williamsbridge Road
Second Floor
Bronx, NY 10461
(718) 239−7070
Fax: (718) 239−2141
Email: msdlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kafahni Nkrumah**
Kafahni Nkrumah, Esq.,
116 West 111th Street
New York, NY 10026
(212) 971−9241
Fax: (347) 271−3610
Email: kankrumahesq@aol.com
*TERMINATED: 08/29/2014*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1sss) | Imprisonment: 108 MONTHS. Supervised Release: 3 YEARS. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1s) | Dismissed. |

| | |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1ss) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY) (2–5) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY ) (2s–5s) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY) (3ss–7ss) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY ) (3sss–7sss) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE | |

Assigned to: Judge Loretta A. Preska

**Defendant (2)**

| | | |
|---|---|---|
| **Roberto Grant** *also known as* Roberto Cross *also known as* Berto | represented by | **Jesse M. Siegel** Law Office of Jesse M. Siegel The Wool Worth Building 233 Broadway Suite 2701 New York, NY 10279 (212) 207–9009 Fax: (212) 486–7701 Email: jessemsiegel@aol.com *ATTORNEY TO BE NOTICED* *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | |

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1s)

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1ss)

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1sss)

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY)
(2–5)

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY )
(2s–5s)

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY)
(3ss–7ss)

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY )
(3sss–7sss)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                        **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                               **Disposition**

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE

Assigned to: Judge Loretta A.
Preska

**Defendant (3)**

represented by

**Terrell Ratliff**
*TERMINATED: 10/24/2014*

Natali J.H. Todd
Law Office of Natali J.H. Todd P.C.
26 Court Street,
Suite 413
Brooklyn, NY 11242
(718) 797–3055
Fax: (718) 504–3900
Email: natali_todd@yahoo.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1sss)

**Disposition**

Imprisonment for a total term of Thirty Three
Months to run concurrent with current pending state
court case sentence.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1)

**Disposition**

All open counts are dismissed on the motion of the
US

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1s)

All open counts are dismissed on the motion of the
US

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1ss)

All open counts are dismissed on the motion of the
US

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY)
(2)

All open counts are dismissed on the motion of the
US

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY )
(2s)

All open counts are dismissed on the motion of the
US

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY)
(3ss)

All open counts are dismissed on the motion of the
US

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE (HOBBS ACT
ROBBERY )
(3sss)

All open counts are dismissed on the motion of the
US

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                      **Disposition**

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE

Assigned to: Judge Loretta A.
Preska

**Defendant (4)**

**Tyrone Dehoyos**              represented by   **Robert M. Baum**
*also known as*                                 Federal Defenders of New York Inc. (NYC)
Tyrone Cross                                     52 Duane Street
                                                10th Floor
                                                New York, NY 10007
                                                (212) 417–8700
                                                Fax: (212) 571–0392
                                                Email: robert_baum@fd.org
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Public Defender or Community
                                                Defender Appointment*

**Pending Counts**                                  **Disposition**

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1s)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1ss)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1sss)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY)
(4)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY )
(4s)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY)
(6ss)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY )
(6sss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE | |

Assigned to: Judge Loretta A. Preska

**Defendant (5)**

**Ralik Hansen**
*also known as*
Rahlik
*also known as*
Rah

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY
CONSPIRACY)
(1) | |
| 18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY
CONSPIRACY)
(1s) | |
| 18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY
CONSPIRACY)
(1ss) | |
| 18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY
CONSPIRACY)
(1sss) | |

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
POSSESSION, USE AND DISCHARGE
OF FIREARMS IN FURTHERANCE OF
CRIME OF VIOLENCE)
(2s)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION, USE AND DISCHARGE
OF FIREARMS IN FURTHERANCE OF
VIOLENT CRIME)
(2ss)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(2sss)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY )
(5)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY)
(5s–7s)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY )
(5ss–7ss)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT ROBBERY)
(6sss–8sss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Loretta A.
Preska

**Defendant (6)**

| **Ronald McIntrye** | represented by | **Martin Geduldig** |
|---|---|---|
| | | Martin Geduldig, Esq |
| | | 400 S. Oyster Bay Road, Suite 304 |
| | | Hicksville, NY 11801 |
| | | (718)–343–8989 |
| | | Fax: (516)–937–1456 |
| | | Email: geduldig@optonline.net |
| | | *ATTORNEY TO BE NOTICED* |

| Pending Counts | Disposition |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1s) | |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY) (5) | |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY ) (5s) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Loretta A. Preska

**Defendant (7)**

| Kendal Thompson | represented by | **Anthony Cecutti** Law Office of Anthony Cecutti 217 Broadway, Suite 707 New York, NY 10007 917–741–2837 Fax: 212–962–5037 Email: anthonycecutti@gmail.com *ATTORNEY TO BE NOTICED* |
|---|---|---|

| Pending Counts | Disposition |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | |

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1s)

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1ss)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
POSSESSION, USE AND
DISCHARGE OF FIREARMS IN
FURTHERANCE OF CRIME OF
VIOLENCE)
(2)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(POSSESSION, USE AND
DISCHARGE OF FIREARMS IN
FURTHERANCE OF VIOLENT
CRIME)
(2s)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN
(2ss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Loretta A. Preska

**Defendant (8)**

| | | |
| --- | --- | --- |
| **Sean Robinson** | represented by | **Louis V. Fasulo** |
| *TERMINATED: 08/14/2015* | | Fasulo, Braverman &Di Maggio LLP |
| *also known as* | | 225 Broadway Suite 715 |
| Sean Vicks | | New York, NY 10007 |
| *TERMINATED: 08/14/2015* | | 212–566–6213 |
| *also known as* | | Fax: 212–566–8165 |
| Luca Brasi | | Email: lfasulo@fbdmlaw.com |
| *TERMINATED: 08/14/2015* | | *ATTORNEY TO BE NOTICED* |
| *also known as* | | *Designation: CJA Appointment* |
| Luca | | |
| *TERMINATED: 08/14/2015* | | |

| **Pending Counts** | **Disposition** |
| --- | --- |

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE (HOBBS ACT
ROBBERY CONSPIRACY)
(1s)

Imprisonment: 240 Months. Supervised Release:
3 Years. Restitution: $1,106,000.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | Dismissed. |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (POSSESSION, USE AND DISCHARGE OF FIREARMS IN FURTHERANCE OF VIOLENT CRIME) (2) | Dismissed. |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (2s) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY ) (3) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY) (3s−7s) | Dismissed. |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY ) (5−6) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Loretta A. Preska

**Defendant (9)**

**Courtney Hardin**
*also known as*
Mazie
*also known as*
Mozie

| Pending Counts | Disposition |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY) (4–8) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Judge Shira A. Scheindlin

**Defendant (10)**

**Ryan Campbell**
*TERMINATED: 08/17/2015*
*also known as*
Shaky
*TERMINATED: 08/17/2015*

represented by **Gary G Becker**
Gary G. Becker, L.L.C
747 Third Avenue, 20th Floor
New York, NY 10017
(212) 785–7565
Fax: (212) 214–0901
Email: becker@garybeckerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | Imprisonment: Seventy (70) months in custody on Count 1 (in S4–14–Cr–130) and Count 3 (in S1–14–Cr–254) to be served concurrently, to be followed consecutively by twenty–four (24) months in custody on Count 2 (in S1–14–Cr–254). Supervised Release: Three (3) years on each count, to run concurrently. Restitution: $523,751.45. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE | Dismissed. |

(HOBBS ACT ROBBERY)
(6)

**Highest Offense Level**
**(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Loretta A. Preska

**Defendant (11)**

**Jamal Dehoyos**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY CONSPIRACY) (1) | |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT ROBBERY) (7) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**      represented by    **Andrea Michelle Griswold**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)−637−1205
Fax: (212)−637−2443
Email: andrea.griswold@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Richard Alan Cooper**
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)−637−1027

Fax: (212)−637−2443
Email: richard.cooper@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2014 | | SEALED ORAL ORDER as to Allen Williams. (Signed by Magistrate Judge Gabriel W. Gorenstein on 2/5/2014)(dif) [1:14−mj−00243−UA] (Entered: 02/11/2014) |
| 02/05/2014 | 1 | COMPLAINT as to Allen Williams (1), Roberto Grant (2), Terrell Ratliff (3), Tyrone Dehoyos (4). In Violation of 18 U.S.C. 1951 and 2 (Signed by Magistrate Judge Gabriel W. Gorenstein) (dif) [1:14−mj−00243−UA] (Entered: 02/11/2014) |
| 02/11/2014 | | Arrest of Tyrone Dehoyos. (dif) [1:14−mj−00243−UA] (Entered: 02/11/2014) |
| 02/11/2014 | 6 | CJA 23 Financial Affidavit by Tyrone Dehoyos. (Signed by Judge Magistrate Judge Andrew J. Peck) (Federal Defender Robert Baum Appointed) (dif) [1:14−mj−00243−UA] (Entered: 02/11/2014) |
| 02/11/2014 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Tyrone Dehoyos. Robert M. Baum for Tyrone Dehoyos appointed.. (Signed by Magistrate Judge Andrew J. Peck on 2/11/2014)(dif) [1:14−mj−00243−UA] (Entered: 02/11/2014) |
| 02/11/2014 | 8 | Minute Entry for proceedings held before Magistrate Judge Andrew J. Peck: Initial Appearance as to Tyrone Dehoyos held on 2/11/2014., Deft Appears with Federal Defender Robert Baum and AUSA Andrea Griswold for the government. Detention; Danger; Presumption Case; Defendant Criminal Record; Deft Package Not Sufficient; ( Preliminary Hearing set for 2/25/2014 at 10:00 AM before Judge Unassigned.) (dif) [1:14−mj−00243−UA] (Entered: 02/11/2014) |
| 02/18/2014 | | Arrest of Allen Williams. (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | 9 | CJA 23 Financial Affidavit by Allen Williams. (Signed by Judge Magistrate Judge Gabriel W. Gorenstein) (CJA Attorney Kafahni Nkrumah Appointed) (dif) Modified on 2/18/2014 (dif). [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | | Attorney update in case as to Allen Williams. Attorney Kafahni Nkrumah for Allen Williams added.. (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | 10 | Minute Entry for proceedings held before Magistrate Judge Gabriel W. Gorenstein: Initial Appearance as to Allen Williams held on 2/18/2014., Deft Appears with CJA Attorney Kafahni Nkrumah and AUSA Richard Cooper for the government. Detention on Consent w/o Prejudice; ( Preliminary Hearing set for 3/20/2014 at 10:00 AM before Judge Unassigned.) (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | | Arrest of Terrell Ratliff. (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | 13 | CJA 23 Financial Affidavit by Terrell Ratliff. (Signed by Judge Magistrate Judge Gabriel W. Gorenstein) (CJA Attorney Natali Todd Appointed) (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | | Attorney update in case as to Terrell Ratliff. Attorney Natali J.H. Todd for Terrell Ratliff added.. (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | 14 | Minute Entry for proceedings held before Magistrate Judge Gabriel W. Gorenstein: a Initial Appearance as to Terrell Ratliff held on 2/18/2014., Deft Appears with CJA Attorney Natali Todd and AUSA Richard Cooper for the government. Detention on Consent w/o Prejudice; ( Preliminary Hearing set for 3/20/2014 at 10:00 AM before Judge Unassigned.) (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | | Arrest of Roberto Grant. (dif) [1:14−mj−00243−UA] (Entered: 02/18/2014) |
| 02/18/2014 | 11 | CJA 23 Financial Affidavit by Roberto Grant. (Signed by Judge Magistrate Judge Gabriel W. Gorenstein) (CJA Attorney Jesse Siegel Appointed) (dif) Modified on 2/18/2014 (dif). [1:14−mj−00243−UA] (Entered: 02/18/2014) |

| 02/18/2014 | | Attorney update in case as to Roberto Grant. Attorney Jesse M. Siegel for Roberto Grant added.. (dif) [1:14–mj–00243–UA] (Entered: 02/18/2014) |
|---|---|---|
| 02/18/2014 | 12 | Minute Entry for proceedings held before Magistrate Judge Gabriel W. Gorenstein: Initial Appearance as to Roberto Grant held on 2/18/2014., Deft Appears with CJA Attorney Jesse Siegel and AUSA Richard Cooper for the government. Detention on Consent w/o Prejudice; ( Preliminary Hearing set for 3/20/2014 at 10:00 AM before Judge Unassigned.) (dif) [1:14–mj–00243–UA] (Entered: 02/18/2014) |
| 02/18/2014 | 23 | CJA 20 as to Allen Williams: Appointment of Attorney Kafahni Nkrumah for Allen Williams. (Appointed by Magistrate Judge Gabriel W. Gorenstein on 2/18/14)(tr) (Entered: 03/18/2014) |
| 02/18/2014 | 24 | CJA 20 as to Roberto Grant: Appointment of Attorney Jesse Siegel for Roberto Grant. (Assigned by Magistrate Judge Gabriel W. Gorenstein on 2/18/14)(tr) (Entered: 03/18/2014) |
| 02/18/2014 | 32 | CJA 20 as to Terrell Ratliff: Appointment of Attorney Natali Todd for Terrell Ratliff. (Appointed by Magistrate Judge Gabriel W. Gorenstein on 2/18/14)(tr) (Entered: 04/07/2014) |
| 02/24/2014 | 15 | INDICTMENT FILED as to Allen Williams (1) count(s) 1, 2–5, Roberto Grant (2) count(s) 1, 2–5, Terrell Ratliff (3) count(s) 1, 2, Tyrone Dehoyos (4) count(s) 1, 4. (jm) (Entered: 02/25/2014) |
| 02/24/2014 | | Case Designated ECF as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos. (jm) (Entered: 02/25/2014) |
| 02/27/2014 | 16 | SEALED DOCUMENT placed in vault. (mps) (Entered: 02/27/2014) |
| 02/27/2014 | 17 | ORDER as to Allen Williams. IT IS SO ORDERED that the Bureau of Prisons and United States Marshal produce the above named defendant, whether of not he consents to the appearance, for a conference scheduled for this afternoon, February 27, 2014 at 4 p.m. (Signed by Judge Robert P. Patterson on 2/27/2014)(jw) (Entered: 02/27/2014) |
| 02/27/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Roberto Grant (2) Count 1,2–5 and Terrell Ratliff (3) Count 1,2 and Tyrone Dehoyos (4) Count 1,4 held on 2/27/2014. Defendant Williams, not produced by US Marshals, attorney Nkrumah present. Defendant Grant, produced by US Marshals, present with attorney Siegel. Defendant Ratliff, produced by US Marshals, present with attorney Todd. Defendant Dehoyos, produced by US Marshals, present with attorney Baum. AUSAs Griswold and Cooper present. Defendant Williams refused to be produced. Court signs a force order, defendant to be produced at 4pm this afternoon for his arraignment.Defendant Grant is arraigned and enters a plea of not guilty. Court accepts plea. Defendant Ratliff is arraigned and enters a plea of not guilty. Court accepts plea. Defendant Dehoyos is arraigned and enters a plea of not guilty. Court accepts plea. Gvt to complete discovery by 3/13/14. Defendants to review discovery and notify at the next conference, scheduled for 4/10/14 at 4pm, if motions are to be filed. Defendant Dehoyos notifies that he will make a later bail application (3/4 at 2pm). Time is excluded, IOJ, through 4/10/14. The defendants are continued remanded. PATTERSON, J. (ajc) (Entered: 02/28/2014) |
| 02/27/2014 | | As to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos: Discovery due by 3/13/2014. Status Conference set for 4/10/2014 at 04:00 PM before Judge Robert P. Patterson. (Signed by Judge Robert P. Patterson on 2/27/2014)(ajc) (Entered: 02/28/2014) |
| 02/27/2014 | | As to Allen Williams: Discovery due by 3/13/2014. (Signed by Judge Robert P. Patterson on 2/27/2014)(ajc) (Entered: 02/28/2014) |
| 02/28/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Allen Williams (1) Count 1,2–5 held on 2/28/2014. Defendant Williams, produced by US Marshals, present with attorney Nkrumah. Defendant Williams is arraigned and enters a plea of not guilty. Court accepts plea. Gvt to complete discovery by 3/13/14. Defendants to review discovery and notify at thenext conference, scheduled for 4/10/14 at 4pm, if motions are to be filed. Time is |

| | | |
|---|---|---|
| | | excluded, IOJ, through 4/10/14. The defendant is continued remanded.PATTERSON, J. (ajc) (Entered: 02/28/2014) |
| 02/28/2014 | 18 | NOTICE OF ATTORNEY APPEARANCE: Natali J.H. Todd appearing for Terrell Ratliff. Appearance Type: CJA Appointment. (Todd, Natali) (Entered: 02/28/2014) |
| 02/28/2014 | 19 | LETTER by Allen Williams addressed to Judge Robert P. Patterson from Allen Williams dated 02/28/2014 re: Defendant's Discovery request Letter Pursuant to Rules 7 and 16 of the Federal Rules of Criminal Procedure. (Nkrumah, Kafahni) (Entered: 02/28/2014) |
| 03/04/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Bond Hearing as to Tyrone Dehoyos held on 3/4/2014. Defendant Dehoyos, produced by US Marshals, present with attorney Baum. AUSA Griswold present, PTS Officer Rothman present. Bail application is made as follows: $150,000 PRB secured by 3 FRPs, conditions to include home detention (house arrest) and strict PTS. Government opposes bail. Argument held. Court denies bail application finding the defendant is a danger to the community. The defendant is continued remanded.PATTERSON, J. (ajc) (Entered: 03/05/2014) |
| 03/04/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Bond Hearing as to Roberto Grant held on 3/4/2014. Defendant Grant, produced by US Marshals, present with attorney Siegel. AUSAs Griswold &Cooper present, PTS Officer Steimel present. Bail application is made as follows: $250,000 PRB secured by 4 FRPs, conditions to include home confinement with electronic monitoring, defendant to live with wife and children, surrender of passport, normal travel restrictions and whatever level of supervision is suitable to the court. Government opposes bail. Argument held. Court denies bail application finding the defendant is a danger to the community and a risk of flight. The defendant is continued remanded. (jbo) (Entered: 04/01/2014) |
| 03/14/2014 | 20 | Order to Unseal Indictment as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos. Upon the application of the United States, by theUnited States attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Andrea M. Griswold; It is found that the Indictment in the above captioned action is currently sealed and the UnitedStates Attorney's Office has applied to have that Indictment unsealed, it is therefore ORDERED that the Indictment in the above–captioned action be unsealed and remain unsealed pending further order of the Court. (Signed by Judge Robert P. Patterson on 3/14/2014)(dnd) (Entered: 03/14/2014) |
| 03/14/2014 | | Transmission to Sealed Records Clerk: as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos. Transmitted re: 20 Order to Unseal Indictment to the Sealed Records Clerk for the unsealing of document for this case. (dnd) (Entered: 03/14/2014) |
| 03/14/2014 | 21 | (S1) SUPERSEDING INDICTMENT FILED as to Allen Williams (1) count(s) 1s, 2s–5s, Roberto Grant (2) count(s) 1s, 2s–5s, Terrell Ratliff (3) count(s) 1s, 2s, Tyrone Dehoyos (4) count(s) 1s, 4s, Ralik Hansen (5) count(s) 1, 5. (jm)(Document originally filed under seal on 2/24/14) (Entered: 03/17/2014) |
| 03/14/2014 | | Case Designated ECF as to Ralik Hansen. (jm) (Entered: 03/17/2014) |
| 03/23/2014 | 25 | NOTICE of Change of Address as to Terrell Ratliff. New Address: Law Offices Of Natali J.H. Todd, P.C., 26 Court Street, Suite 413, Brooklyn, New York, USA 11242, 718–797–3055. (Todd, Natali) (Entered: 03/23/2014) |
| 03/26/2014 | 26 | TRANSCRIPT of Proceedings as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos re: Conference held on 2/27/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2014. Redacted Transcript Deadline set for 5/1/2014. Release of Transcript Restriction set for 6/27/2014. (Rodriguez, Somari) (Entered: 03/26/2014) |

| 03/26/2014 | 27 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos. Notice is hereby given that an official transcript of a Conference proceeding held on 2/27/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 03/26/2014) |
|---|---|---|
| 03/26/2014 | 28 | TRANSCRIPT of Proceedings as to Allen Williams re: Conference held on 2/27/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Carol Ganley, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2014. Redacted Transcript Deadline set for 5/1/2014. Release of Transcript Restriction set for 6/27/2014. (Rodriguez, Somari) (Entered: 03/26/2014) |
| 03/26/2014 | 29 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Conference proceeding held on 2/27/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 03/26/2014) |
| 03/29/2014 | 30 | NOTICE OF Change of Address as to Terrell Ratliff. New Address: Law Offices Of Natali J.H. Todd, P.C., 26 Court Street, Suite 413, Brooklyn, NY, USA 11242, 718–797–3055. (Todd, Natali) (Entered: 03/29/2014) |
| 03/29/2014 | 31 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** NOTICE OF ATTORNEY APPEARANCE: Natali J.H. Todd appearing for Terrell Ratliff. Appearance Type: CJA Appointment. (Todd, Natali) Modified on 3/31/2014 (ka). (Entered: 03/29/2014) |
| 03/31/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Natali J.H. Todd as to Terrell Ratliff: to RE–FILE Document 31 Notice of Attorney Appearance – Defendant. ERROR(S): Document has not been fully secured, items can be changed/altered in real time. (ka)** (Entered: 03/31/2014) |
| 04/09/2014 | 33 | (S2) SUPERSEDING INDICTMENT FILED as to Allen Williams (1) count(s) 1ss, 3ss–7ss, Roberto Grant (2) count(s) 1ss, 3ss–7ss, Terrell Ratliff (3) count(s) 1ss, 3ss, Tyrone Dehoyos (4) count(s) 1ss, 6ss, Ralik Hansen (5) count(s) 1s, 2s, 5s–7s, Ronald McIntrye (6) count(s) 1, 5, Kendal Thompson (7) count(s) 1, 2. (jm) (Entered: 04/10/2014) |
| 04/09/2014 | | Case Designated ECF as to Ronald McIntrye, Kendal Thompson. (jm) (Entered: 04/10/2014) |
| 04/10/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Allen Williams (1) Count 1s,1ss,2s–5s,3ss–7ss and Roberto Grant (2) Count 1s,1ss,2s–5s,3ss–7ss and Terrell Ratliff (3) Count 1s,1ss,2s,3ss and Tyrone Dehoyos (4) Count 1s,1ss,4s,6ssAllen Williams (1) Count 1s,1ss,2s–5s,3ss–7ss and Roberto Grant (2) Count 1s,1ss,2s–5s,3ss–7ss and Terrell Ratliff (3) Count 1s,1ss,2s,3ss and Tyrone Dehoyos (4) Count 1s,1ss,4s,6ss held on 4/10/2014., Plea entered by Allen Williams (1) Count 1s,1ss,2s–5s,3ss–7ss and Roberto Grant (2) Count 1s,1ss,2s–5s,3ss–7ss and Terrell Ratliff (3) Count 1s,1ss,2s,3ss and Tyrone Dehoyos (4) Count 1s,1ss,4s,6ssAllen Williams (1) Count 1s,1ss,2s–5s,3ss–7ss and Roberto Grant (2) Count 1s,1ss,2s–5s,3ss–7ss and Terrell Ratliff (3) Count 1s,1ss,2s,3ss and Tyrone Dehoyos (4) Count 1s,1ss,4s,6ss Not Guilty. Defendant Williams, produced by US Marshals, present with attorney Nkrumah. Defendant Grant, produced by US Marshals, present with attorney Siegel. Defendant Ratliff, produced by US Marshals, present with attorney Todd. Defendant Dehoyos, produced by US Marshals, present with attorney Baum. Defendant Williams is arraigned on S1 and enters a plea of not guilty. Court accepts plea. Defendant Grant is arraigned on S1 and enters a plea of not guilty. Court accepts plea. |

| | | Defendant Ratliff is arraigned on S1 and enters a plea of not guilty. Court accepts plea. Defendant Dehoyos is arraigned on S1 and enters a plea of not guilty. Court accepts plea. Defendant Williams is arraigned on S2 and enters a plea of not guilty. Court accepts plea. Defendant Grant is arraigned on S2 and enters a plea of not guilty. Court accepts plea. Defendant Ratliff is arraigned on S2 and enters a plea of not guilty. Court accepts plea. Defendant Dehoyos is arraigned on S2 and enters a plea of not guilty. Court accepts plea. Conference held, Gvt still has outstanding search warrant returns and additional cell site information which should be produced to the defendants by next week. Defendant Hansen has not been apprehended, Writs for Defendants McIntyre and Thompson have been submitted for their production. The next conference is scheduled for 5/15/14 at 4pm. All time is excluded, IOJ, through 5/15/14. The defendants are continued remanded. (jbo) (Entered: 04/11/2014) |
|---|---|---|
| 04/11/2014 | 36 | SEALED DOCUMENT placed in vault. (nm) (Entered: 04/11/2014) |
| 04/15/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Initial Appearance as to Kendal Thompson held on 4/15/2014. Defendant Thompson, produced by US Marshals, present. CJA attorney for the day A. Cecutti present. AUSAs Griswold and Cooper present, PTS Officer present. Defendant appears for presentment and is advised of his rights. Defendant completes financial affidavit with CJA counsel, is sworn to the truth of it and CJA attorney Cecutti is appointed counsel for the defendant. Defendant is arraigned, waives reading of indictment, and enters plea of not guilty. Court accepts plea. Gvt will produce all discovery already produced to the other defendants in this case by 4/18/14. Defendant consents to temporary order of detention with possibility of future bail application. Next conference is scheduled for 5/15/14 at 4pm. All time is excluded, IOJ, through 5/15/14. The defendant is continued remanded. (jbo) (Entered: 04/18/2014) |
| 04/15/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Kendal Thompson (7) Count 1,2 held on 4/15/2014. Plea entered by Kendal Thompson Not Guilty. (jbo) (Entered: 04/18/2014) |
| 04/15/2014 | 45 | CJA 23 Financial Affidavit by (S2–14–Cr–130–07) Kendal Thompson. APPROVED: (Signed by Judge Judge Robert P. Patterson on 4/15/2014); CJA Attorney Anthony Cecutti. (bw) (Entered: 04/25/2014) |
| 04/15/2014 | <u>55</u> | CJA 20 as to Kendal Thompson: Appointment of Attorney Anthony Cecutti for Kendal Thompson. (Appointed by Judge Robert P. Patterson on 4/15/14)(tr) (Entered: 06/03/2014) |
| 04/18/2014 | <u>37</u> | ORDER as to Kendal Thompson. The CJA attorney assigned to receive cases on this day, Anthony Cecutti, Esq is hereby ordered to assume representation of the defendant in the above captioned matter (Signed by Judge Robert P. Patterson on 4/16/14)(jw) (Entered: 04/18/2014) |
| 04/18/2014 | | Attorney update in case as to Kendal Thompson. Attorney Anthony Cecutti for Kendal Thompson added. (jw) (Entered: 04/18/2014) |
| 04/23/2014 | <u>38</u> | UNSEALING ORDER as to (S3–14–Cr–130) Allen Williams (1), Roberto Grant (2), Terrell Ratliff (3), Tyrone Dehoyos (4), Ralik Hansen (5), Ronald McIntrye (6), Kendal Thompson (7), Sean Robinson (8). It is found that the Superseding Indictment in the above captioned action is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore Ordered that the Superseding Indictment in the above–captioned action be unsealed and remain unsealed pending further order of the Court. (Signed by Judge Robert P. Patterson on 4/23/2014)(dnd); Modified on 4/24/2014 (bw). (Entered: 04/23/2014) |
| 04/23/2014 | | Transmission to Sealed Records Clerk: as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson. Transmitted re: <u>38</u> Order to Unseal Indictment,to the Sealed Records Clerk for the unsealing of Indictment for this case. (dnd) (Entered: 04/23/2014) |
| 04/23/2014 | 39 | CJA 23 Financial Affidavit by (14–Cr–130–06) Ronald McIntrye. (Signed by Judge Robert P. Patterson on 4/23/2014); Attorney Martin Geduldig. (bw) |

| | | |
|---|---|---|
| | | (Entered: 04/24/2014) |
| 04/23/2014 | | Attorney update in case as to (14–Cr–130–06) Ronald McIntrye. Attorney Martin Geduldig for Ronald McIntrye added. (bw) (Entered: 04/24/2014) |
| 04/23/2014 | 40 | (S3) SUPERSEDING INDICTMENT FILED as to Allen Williams (1) count(s) 1sss, 3sss–7sss, Roberto Grant (2) count(s) 1sss, 3sss–7sss, Terrell Ratliff (3) count(s) 1sss, 3sss, Tyrone Dehoyos (4) count(s) 1sss, 6sss, Ralik Hansen (5) count(s) 1ss, 2ss, 5ss–7ss, Ronald McIntrye (6) count(s) 1s, 5s, Kendal Thompson (7) count(s) 1s, 2s, Sean Robinson (8) count(s) 1, 2, 3, 5–6. (jm) Modified on 4/24/2014 (jm).(Document originally filed under seal on 4/9/14); [*** NOTE: See Unsealing Order, Doc.#38, filed on 4/23/2014. ***] Modified on 4/24/2014 (bw). (Entered: 04/24/2014) |
| 04/23/2014 | | Case Designated ECF as to Sean Robinson. (jm) (Entered: 04/24/2014) |
| 04/23/2014 | 42 | CJA 23 Financial Affidavit by (S3–14–Cr–130–08) Sean Robinson. ENDORSEMENT: Sworn to before me this 23rd day of April 2014. (Signed by Judge Robert P. Patterson on 4/23/2014); Attorney Louis Fasulo. (bw) (Entered: 04/24/2014) |
| 04/23/2014 | | Attorney update in case as to (S3–14–Cr–130–08) Sean Robinson. Attorney Louis V. Fasulo for Sean Robinson added. (bw) (Entered: 04/24/2014) |
| 04/23/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Initial Appearance as to Ronald McIntrye, Sean Robinson held on 4/23/2014. (ajc) (Entered: 04/29/2014) |
| 04/23/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Ronald McIntrye (6) Count 1,1s,5,5s and Sean Robinson (8) Count 1,2,3,5–6 held on 4/23/2014. Defendant McIntyre, produced by US Marshals, present. CJA counsel Geduldig present. Defendant Robinson, produced by US Marshals, present. CJA counsel McDonald for Fasulo present. AUSAs Griswold and Cooper present. PTS Officer present. Defendant McIntyrecompletes financial affidavit is sworn to the truth of it and Mr. Geduldig is appointed counsel. Defendant makes initial appearance, is then arraigned and enters a plea of not guilty to Counts 1 and 5 on S2 and Counts 1 and 5 on S3. Court accepts pleas as to S2 and S3. Defendant Robinson completes financial affidavit is sworn to the truth of it and Mr. McDonald, appearing for Mr. Fasulo, is appointed counsel. Defendant makes initial appearance, is then arraigned and enters a plea of not guilty to Counts 1, 2,3, 5 and 6 on S3.Court accepts pleas as S3. Discovery is to be produced by tomorrow as to these two defendants. Mr. Geduldig will be unavailable for the next conference on 5/15/14 but will try to have one of his co–counsel cover for him. Bail applications will not be made at this time but both defendants reserve the right to make a future bail application. Defendants remanded. All time is continued excluded, IOJ, through next conference on 5/15/14 at 4pm. PATTERSON, J. (ajc) (Entered: 04/29/2014) |
| 04/23/2014 | 54 | CJA 20 as to Sean Robinson: Appointment of Attorney Louis Fasulo for Sean Robinson. (Appointed by Judge Robert P. Patterson on 4/23/14)(tr) (Entered: 06/02/2014) |
| 04/23/2014 | 56 | CJA 20 as to Ronald McIntyre: Appointment of Attorney Martin Geduldig for Ronald McIntrye. (Appointed by Judge Robert P. Patterson on 4/23/14)(tr) (Entered: 06/03/2014) |
| 04/24/2014 | 43 | ORDER as to Sean Robinson. The C.J.A. attorney assigned to receive cases on this day, Louis Fasulo, Esq, is hereby ordered to assume representation of the defendant int he above captioned matter. (Signed by Judge Robert P. Patterson on 4/24/2019)(jw); Modified on 4/24/2014 (bw). (Entered: 04/24/2014) |
| 04/24/2014 | 44 | ORDER as to Ronald McIntrye. The CJA Attorney assigned to receive cases on this day, Martin Geduldig, is hereby ordered to assume representation of the defendant in the above captioned matter. (Signed by Judge Robert P. Patterson on 4/24/14)(jw) (Entered: 04/24/2014) |
| 04/24/2014 | | Attorney update in case as to Ronald McIntrye. (jw) (Entered: 04/24/2014) |

| 05/01/2014 | 46 | TRANSCRIPT of Proceedings as to Roberto Grant re: Conference held on 3/31/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/27/2014. Redacted Transcript Deadline set for 6/5/2014. Release of Transcript Restriction set for 8/4/2014. (Rodriguez, Somari) (Entered: 05/01/2014) |
|---|---|---|
| 05/01/2014 | 47 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roberto Grant. Notice is hereby given that an official transcript of a Conference proceeding held on 3/31/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 05/01/2014) |
| 05/08/2014 | 48 | TRANSCRIPT of Proceedings as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos re: Arraignment held on 4/10/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Samuel Mauro, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/2/2014. Redacted Transcript Deadline set for 6/12/2014. Release of Transcript Restriction set for 8/11/2014. (Rodriguez, Somari) (Entered: 05/08/2014) |
| 05/08/2014 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos. Notice is hereby given that an official transcript of a Arraignment proceeding held on 4/10/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 05/08/2014) |
| 05/12/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Bond Hearing as to Kendal Thompson held on 5/12/2014. Defendant Thompson, produced by US Marshals, present with attorney Cecutti. AUSAs Griswold and Cooper present. Defendant appears and makes bail application as follows; 3 FRPs with a $150,000 or $200,000 PRB. Strict PTS, home detention enforced by location monitoring. Defendant to reside with his mother. Surrender of all travel documents with no new applications. Drug testing and treatment as required. Defendant to seek and obtain legitimate verifiable employment. Refrain from possessing a firearm, dangerous weapons or destructive devices. Gvt objects to proposed bail package believing the defendant a danger to the community. Argument held, the Court denies application. The defendant is continued remanded. (jbo) (Entered: 05/12/2014) |
| 05/15/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Pretrial Conference as to (S3–14–Cr–130–) Allen Williams (1), Roberto Grant (2), Terrell Ratliff (3), Tyrone Dehoyos (4), Ronald McIntrye (6), Kendal Thompson (7), Sean Robinson (8) held on 5/15/2014. Defendant Williams, produced by US Marshals, present with attorney Nkrumah. Defendant Grant, produced by US Marshals, present with attorney Siegel. Defendant Ratliff, produced by US Marshals, present with attorney Todd. Defendant Dehoyos not present, attorney Baum present (presence waived). Defendant McIntyre, produced by US Marshals, attorney Fasulo present for Geduldig. Defendant Thompson, produced by US Marshals, present with attorney Cecutti. Defendant Robinson, produced by US Marshals, present with attorney Fasulo. AUSA Cooper present. Defendant Williams appears and is arraigned on S3 and enters plea of not guilty to Counts 1,3,4,5,6 &7. Court accepts pleas of not guilty. Defendant Grant appears and is arraigned on S3 and enters plea of not guilty to Counts 1,3,4,5,6 &7. Court accepts pleas of not guilty. Defendant Ratliff appears and is arraigned on S3 and enters plea of not guilty to Counts 1 &3. Court accepts pleas. Defendant Thompson appears and is arraigned on S3 and enters plea of not guilty to Counts 1 &2. Court accepts pleas. All discovery has been turned over except for some remaining cell site information and additional information to be turned over. The remaining cell site information is to |

| | | |
|---|---|---|
| | | be turned over in the next few weeks. Schedule set: motions by 6/30/2014, Government response by 7/25/2014, Defendants response by 8/8/2014, argument scheduled for 8/14/2014 at 2pm. All time is excluded, IOJ, through 6/30/2014. In limine motions, voir dire requests and requests to charge by 11/17/2014, trial date set for 12/1/2014 at 9:30 a.m. The defendants are continued remanded. (bw) (Entered: 05/22/2014) |
| 05/15/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment (on S3–14–Cr–130) as to Allen Williams (1) Count 1sss,3sss–7sss and Roberto Grant (2) Count 1sss,3sss–7sss and Terrell Ratliff (3) Count 1sss,3sss and Kendal Thompson (7) Count 1s,2s held on 5/15/2014. (bw) (Entered: 05/22/2014) |
| 05/15/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Plea (on S3–14–Cr–130) entered by Allen Williams (1) Count 1sss,3sss–7sss and Roberto Grant (2) Count 1sss,3sss–7sss and Terrell Ratliff (3) Count 1sss,3sss and Kendal Thompson (7) Count 1s,2s –– Not Guilty. (bw) (Entered: 05/22/2014) |
| 05/15/2014 | | ORAL ORDER as to (S3–14–Cr–130–) Allen Williams (1), Roberto Grant (2), Terrell Ratliff (3), Tyrone Dehoyos (4), Ronald McIntrye (6), Kendal Thompson (7), Sean Robinson (8). Time excluded from 5/15/2014 until 6/30/2014. Motions (by Defendants) due 6/30/2014; Responses (by Government) due 7/25/2014; Replies (by Defendants) due 8/8/2014. Oral Argument set for 8/14/2014 at 02:00 PM before Judge Robert P. Patterson. Brief (In limine motions, voir dire requests, requests to charge) due 11/17/2014. Jury Trial set for 12/1/2014 at 09:30 AM before Judge Robert P. Patterson. (bw) (Entered: 05/22/2014) |
| 05/16/2014 | 50 | SEALED DOCUMENT placed in vault. (nm) (Entered: 05/16/2014) |
| 05/22/2014 | 51 | TRANSCRIPT of Proceedings as to Kendal Thompson re: Conference held on 4/15/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Ann Hairston, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/16/2014. Redacted Transcript Deadline set for 6/26/2014. Release of Transcript Restriction set for 8/25/2014. (Rodriguez, Somari) (Entered: 05/22/2014) |
| 05/22/2014 | 52 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kendal Thompson. Notice is hereby given that an official transcript of a Conference proceeding held on 4/15/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 05/22/2014) |
| 05/28/2014 | 53 | SEALED DOCUMENT placed in vault. (mps) (Entered: 05/28/2014) |
| 06/10/2014 | 57 | TRANSCRIPT of Proceedings as to Kendal Thompson re: Conference held on 5/12/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Karen Gorlaski, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/7/2014. Redacted Transcript Deadline set for 7/14/2014. Release of Transcript Restriction set for 9/11/2014. (Rodriguez, Somari) (Entered: 06/10/2014) |
| 06/10/2014 | 58 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kendal Thompson. Notice is hereby given that an official transcript of a Conference proceeding held on 5/12/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 06/10/2014) |
| 06/10/2014 | 59 | TRANSCRIPT of Proceedings as to Allen Williams re: Conference held on 5/15/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300, Transcript may be viewed at the court public terminal |

| | | |
|---|---|---|
| | | or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/7/2014. Redacted Transcript Deadline set for 7/14/2014. Release of Transcript Restriction set for 9/11/2014. (Rodriguez, Somari) (Entered: 06/10/2014) |
| 06/10/2014 | 60 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Conference proceeding held on 5/15/14 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 06/10/2014) |
| 06/30/2014 | 61 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION to Suppress *Evidence and Statements and other Pre−Trial Motions for Relief*. Document filed by Allen Williams. Return Date set for 8/14/2014 at 02:00 PM. (Attachments: # 1 Affidavit Mr. Allen Williams)(Nkrumah, Kafahni) Modified on 7/1/2014 (ka). (Entered: 06/30/2014) |
| 06/30/2014 | 62 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** NOTICE of Pre−trial motions for suppression of evidence and other pre−trial motions as to Allen Williams re: 61 MOTION to Suppress *Evidence and Statements and other Pre−Trial Motions for Relief*.. (Nkrumah, Kafahni) Modified on 7/1/2014 (ka). (Entered: 06/30/2014) |
| 06/30/2014 | 63 | MOTION for Discovery *of DNA Evidence*. Document filed by Allen Williams. Return Date set for 8/14/2014 at 02:00 PM. (Nkrumah, Kafahni) (Entered: 06/30/2014) |
| 06/30/2014 | 64 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** NOTICE of of Pre−Trial Motion to Suppress Statement Evidence, Severance and Other Pre−Trial Motions as to Kendal Thompson (Cecutti, Anthony) Modified on 7/1/2014 (ka). (Entered: 06/30/2014) |
| 06/30/2014 | 65 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION to Suppress *and other Pre−Trial Motions*. Document filed by Kendal Thompson. Return Date set for 8/14/2014 at 02:00 PM. (Cecutti, Anthony) Modified on 7/1/2014 (ka). (Entered: 06/30/2014) |
| 06/30/2014 | 66 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** AFFIRMATION of Anthony Cecutti in Support as to Kendal Thompson re 65 MOTION to Suppress *and other Pre−Trial Motions*.. (Cecutti, Anthony) Modified on 7/1/2014 (ka). (Entered: 06/30/2014) |
| 07/01/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Kafahni Nkrumah as to Allen Williams: to RE−FILE Document 61 MOTION to Suppress *Evidence and Statements and other Pre−Trial Motions for Relief. ERROR(S): Filing Error of Attachment. Supporting Affidavit must be filed individually. Even code located under Replies, Opposition and Supporting Documents. Separate docket entry for each. (ka)* (Entered: 07/01/2014)** |
| 07/01/2014 | | **NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Kafahni Nkrumah as to Allen Williams: to RE−FILE Document 62 Notice (Other). Use the document type Motion Suppress found under the document list Motions. (ka)** (Entered: 07/01/2014) |
| 07/01/2014 | | **NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Anthony Cecutti as to Kendal Thompson: to RE−FILE Document 64 Notice (Other). Use the document type Motion Suppress found under the document list Motions. (ka)** (Entered: 07/01/2014) |
| 07/01/2014 | | **NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Anthony Cecutti as to Kendal Thompson: to RE−FILE Document 65 MOTION to Suppress and other Pre−Trial Motions. Use the document type Memorandum in Support of Motion found under the** |

| | | document list Replies, Opposition and Supporting Documents. (ka) (Entered: 07/01/2014) |
|---|---|---|
| 07/01/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Anthony Cecutti as to Kendal Thompson: to RE–FILE Document 66 Affirmation in Support of Motion. ERROR(S): Link to incorrect filing of document#65. (ka)** (Entered: 07/01/2014) |
| 07/01/2014 | 67 | MOTION to Suppress *Statement Evidence, and other Pre–Trial Motions.* Document filed by Kendal Thompson. Return Date set for 8/14/2014 at 02:00 PM. (Cecutti, Anthony) (Entered: 07/01/2014) |
| 07/01/2014 | 68 | MEMORANDUM in Support by Kendal Thompson re 67 MOTION to Suppress *Statement Evidence, and other Pre–Trial Motions..* (Cecutti, Anthony) (Entered: 07/01/2014) |
| 07/01/2014 | 69 | AFFIRMATION of Anthony Cecutti in Support as to Kendal Thompson re 67 MOTION to Suppress *Statement Evidence, and other Pre–Trial Motions..* (Cecutti, Anthony) (Entered: 07/01/2014) |
| 07/07/2014 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Change of Plea Hearing as to Terrell Ratliff held on 7/7/2014. Plea entered by Terrell Ratliff (3) Guilty as to Count 1sss. Defendant present with attorney Ms. Todd. A.U.S.A. Mr. Cooper present. Court reporter present. Defendant withdraws plea of not guilty and enters a plea of Guilty to Counts #1. Mag. Judge Fox recommends that Judge Patterson accept the guilty plea. Sentence date set for October 7, 2014. PSI Ordered. Defendant Continued Detained. (jbo) (Entered: 07/07/2014) |
| 07/07/2014 | | Change of Not Guilty Plea to Guilty Plea as to Terrell Ratliff (3) Count 1sss. (jbo) (Entered: 07/07/2014) |
| 07/07/2014 | | Order of Referral to Probation for Presentence Investigation and Report as to Terrell Ratliff. (Signed by Magistrate Judge Kevin Nathaniel Fox on 7/7/14)(jbo) (Entered: 07/07/2014) |
| 07/17/2014 | 70 | TRANSCRIPT of Proceedings as to Allen Williams re: Arraignment held on 4/23/14 before Judge Robert P. Patterson. Court Reporter/Transcriber: Jennifer Thun, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/11/2014. Redacted Transcript Deadline set for 8/21/2014. Release of Transcript Restriction set for 10/20/2014. (Rodriguez, Somari) (Entered: 07/17/2014) |
| 07/17/2014 | 71 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Arraignment proceeding held on 4/23/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 07/17/2014) |
| 07/17/2014 | 72 | LETTER by USA as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson addressed to Judge Robert P. Patterson from Richard Cooper dated 7/17/2014 re: Pretrial motion schedule Document filed by USA. (Cooper, Richard) (Entered: 07/17/2014) |
| 07/18/2014 | 73 | ENDORSED LETTER RE: Document #72 as to Allen Williams, Kendal Thompson: The Government respectfully request that it is time to respond to the pretrial motions be extended until August 8, 2014(Defendant Replies due by 8/22/2014., Government Responses due by 8/8/2014)...ENDORSEMENT..Application granted. SO ORDERED. (Signed by Judge Kevin. P. Castel on 7/18/14)(jw) (Entered: 07/18/2014) |

| 07/29/2014 | 74 | ORDER as to Terrell Ratliff. WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on July 7, 2014; WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea; IT IS HEREBY ORDERED that the defendant's guilty. SO ORDERED. (Signed by Judge Robert P. Patterson on 7/28/2014)(dnd) (Entered: 07/29/2014) |
|---|---|---|
| 08/05/2014 | 75 | TRANSCRIPT of Proceedings as to Terrell Ratliff re: Plea held on 7/7/14 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Thomas Murray, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/29/2014. Redacted Transcript Deadline set for 9/8/2014. Release of Transcript Restriction set for 11/6/2014. (McGuirk, Kelly) (Entered: 08/05/2014) |
| 08/05/2014 | 76 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Terrell Ratliff. Notice is hereby given that an official transcript of a Plea proceeding held on 7/7/14 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 08/05/2014) |
| 08/05/2014 | 77 | SECOND LETTER MOTION addressed to Judge Robert P. Patterson from AUSA Richard Cooper dated 8.5.14 re: Adjournment . Document filed by USA as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson. (Griswold, Andrea) (Entered: 08/05/2014) |
| 08/07/2014 | 78 | ENDORSED LETTER as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson addressed to Judge Robert P. Patterson from Richard A. Cooper dated 8/5/2014 re: The government writes to request that the time to respond to the defendant's motions currently due by August 8, 2014 be extended to August 22, 2014 and the defendant's reply briefs be extended to September 5, 2014. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Robert P. Patterson on 8/6/2014)(dnd) (Entered: 08/08/2014) |
| 08/07/2014 | | Set/Reset Deadlines as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson:Government's Responses due by 8/22/2014. Defendant's Replies due by 9/5/2014. (dnd) (Entered: 08/08/2014) |
| 08/22/2014 | 79 | MEMORANDUM in Opposition by USA as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson re 67 MOTION to Suppress *Statement Evidence, and other Pre−Trial Motions.*. (Cooper, Richard) (Entered: 08/22/2014) |
| 08/22/2014 | 80 | ENDORSED LETTER as to Allen Williams addressed to Judge Robert P. Patterson from Allen Williams dated 8/20/2014 re: The defendant submits this letter to inform the court that he is not comfortable with the plea agreement being suggested by his attorney and would like to proceed with new counsel being appointed. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Robert P. Patterson on 8/22/2014)(dnd) (Entered: 08/25/2014) |
| 08/27/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Status Conference as to Allen Williams held on 8/27/2014. Defendant Williams, produced by US Marshals, present with attorney Nkrumah. AUSA Cooper present. CJA counsel for the day M. DeMarco present. Conference held, defendant addresses the Court regarding his recent letter requesting new counsel. Application for new counsel granted, Mr. DeMarco appointed new counsel, file turned over by Mr. Nkrumah. Defense counsel to submit letter to the Court by 9/8 regarding the status of the defendant. The defendant is continued remanded. (jbo) (Entered: 09/02/2014) |

| 08/28/2014 | 81 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by (S3–14–Cr–130–02) Roberto Grant. (Accepted by Magistrate Judge James L. Cott on 8/28/2014) (bw) (Entered: 08/28/2014) |
| --- | --- | --- |
| 08/28/2014 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Change of Plea Hearing as to Roberto Grant held on 8/28/2014. Plea entered by Roberto Grant (2) Guilty as to Count 1sss. Defendant present with attorney Jesse Siegel. A.U.S.A. Andrea Griswold present. Court reporter present. Defendant enters a plea of Guilty to Count # 1. Mag. Judge James Cott recommends that Judge Patterson accept the guilty plea. Control date 1/5/2015. PSR ordered. Deft. Detained. (jbo) (Entered: 08/29/2014) |
| 08/28/2014 | | Change of Not Guilty Plea to Guilty Plea as to Roberto Grant (2) Count 1sss. (jbo) (Entered: 08/29/2014) |
| 08/28/2014 | | Order of Referral to Probation for Presentence Investigation and Report as to Roberto Grant. (Signed by Magistrate Judge James L. Cott on 8/28/14)(jbo) (Entered: 08/29/2014) |
| 08/29/2014 | 82 | ORDER as to (14–Cr–130–01) Allen Williams. THE C.J.A. attorney assigned to this case, Kafahni Nkrumah, Esq. is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Mark S. DeMarco, Esq. SO ORDERED. (Signed by Judge Robert P. Patterson on 8/27/2014)(bw) (Entered: 09/02/2014) |
| 08/29/2014 | | Attorney update in case as to (14–Cr–130–01) Allen Williams. Attorney Mark Steven DeMarco for Allen Williams added. Attorney Kafahni Nkrumah terminated. (bw) (Entered: 09/02/2014) |
| 09/12/2014 | 83 | LETTER by Allen Williams addressed to Judge Robert P. Patterson from Mark S. DeMarco dated 9/8/2014 re: Continuation of negotiations. (ft) (Entered: 09/12/2014) |
| 09/26/2014 | 84 | TRANSCRIPT of Proceedings as to Allen Williams re: Conference held on 8/27/2014 before Judge Robert P. Patterson. Court Reporter/Transcriber: Ann Hairston, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/20/2014. Redacted Transcript Deadline set for 10/30/2014. Release of Transcript Restriction set for 1/1/2015. (McGuirk, Kelly) (Entered: 09/26/2014) |
| 09/26/2014 | 85 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Conference proceeding held on 8/27/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/26/2014) |
| 10/03/2014 | 86 | SENTENCING SUBMISSION by Terrell Ratliff. (Todd, Natali) (Entered: 10/03/2014) |
| 10/06/2014 | 87 | ORDER as to Roberto Grant. IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. (Signed by Judge Robert P. Patterson on 10/3/14)(jw) (Entered: 10/06/2014) |
| 10/10/2014 | 88 | SEALED DOCUMENT placed in vault. (mps) (Entered: 10/10/2014) |
| 10/14/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Change of Plea Hearing as to Allen Williams held on 10/14/2014. Plea entered by Allen Williams (1) Guilty as to Count 1sss. Defendant appears with attorney Mark DeMarco. AUSA Max Nicholas present for the Government. Court reporter present. Defendant withdraws plea of not guilty and enters a plea of guilty to count one of the third superseding indictment. Magistrate Judge Freeman recommends that Judge Patterson accept the proffered plea. Control date 1/12/15. PSI ordered. Detention continued. (jbo) (Entered: 10/14/2014) |

| 10/14/2014 | | Change of Not Guilty Plea to Guilty Plea as to Allen Williams (1) Count 1sss. (jbo) (Entered: 10/14/2014) |
|---|---|---|
| 10/14/2014 | | Order of Referral to Probation for Presentence Investigation and Report as to Allen Williams. (Signed by Magistrate Judge Debra C. Freeman on 10/14/14)(jbo) (Entered: 10/14/2014) |
| 10/14/2014 | 89 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Allen Williams. (jm) (jm). (Entered: 10/14/2014) |
| 10/21/2014 | 90 | SEALED DOCUMENT placed in vault. (nm) (Entered: 10/21/2014) |
| 10/21/2014 | 91 | SENTENCING SUBMISSION by USA as to Terrell Ratliff. (Griswold, Andrea) (Entered: 10/21/2014) |
| 10/23/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Sentencing held on 10/23/2014 for Terrell Ratliff (3) Count 1sss. Defendant Ratliff, produced by US Marshals, present with attorney Todd. AUSA Cooper present. The defendant appears and is sentenced as follows: 33 months imprisonment, time imposed to run concurrent with the time to be imposed on the defendants pending state court case. No period of supervised release is imposed as the defendant will have a mandatory five year period of supervised release imposed on his state court case. The Court recommends to the BOP: that the defendant is to receive drug treatment and counseling for his marijuana use, the defendant is to receive instruction in computer training and repair, cognitive behavior treatment and job search counseling and training in order to be able to present himself to have a fair chance of finding employment. –The defendant is referred to the Fortune Society for job counseling and training upon release from custody. Mandatory special assessment imposed, $100.00, is payable by 11/24/14. The restitution imposed shall be paid in monthly installments of 10% of gross monthly income over a period of supervision to commence 30 days after the date of release from custody. If the defendant is engaged in a BOP non–UNICOR work program, the defendant shall pay $25 per quarter toward the criminal financial penalties. However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward the criminal financial penalties, consistent with BOP regulations at 28 C.F.R. § 545.11. –The defendant shall notify the United States Attorney for this district within 30 days of any remaining change of mailing or residence address that occurs while any portion of the restitution remains unpaid. PATTERSON, J. (ajc) (Entered: 10/24/2014) |
| 10/24/2014 | | DISMISSAL OF COUNTS on Government Motion as to Terrell Ratliff (3) Count 1,1s,1ss,2,2s,3ss,3sss. (jw) (Entered: 10/24/2014) |
| 10/24/2014 | 92 | JUDGMENT IN A CRIMINAL CASE as to Terrell Ratliff (3), Count(s) 1, 1s, 1ss, 2, 2s, 3ss, 3sss are dismissed on the motion of the US. Pleaded guilty to Count(s) 1sss, Imprisonment for a total term of Thirty Three Months to run concurrent with current pending state court case sentence. The court makes the following recommendations to the Bureau of Prisons: The Court recommends to the BOP:that the defendant is to receive drug treatment and counseling for his marijuana use, the defendant is to receive instruction in computer training and repair, cognitive behavior treatment and job search counseling and training in order to be able to present himself to have a fair chance of finding employment. Special Assessment of $100 which is due payable by 11/24/14. The restitution imposed shall be paid in monthly installments of 10% of gross monthly income over a period of supervision to commence 30 days after the date of release from custody. If the defendant is engaged in a BOP non–UNICOR work program, the defendant. (Signed by Judge Robert P. Patterson on 10/24/14)(jw) (Entered: 10/24/2014) |
| 10/29/2014 | 93 | ORDER as to Ralik Hansen, Kendal Thompson, Sean Robinson, Courtney Hardin, Ryan Campbell, Jamal Dehoyos to unseal S(4) indictment. (Signed by Magistrate Judge Gabriel W. Gorenstein on 10/29/14)(jm) (Entered: 10/29/2014) |
| 10/29/2014 | 94 | (S4) SUPERSEDING INDICTMENT FILED as to Ralik Hansen (5) count(s) 1sss, 2sss, 6sss–8sss, Kendal Thompson (7) count(s) 1ss, 2ss, Sean Robinson (8) count(s) 1s, 2s, 3s–7s, Courtney Hardin (9) count(s) 1, 4–8, Ryan Campbell (10) count(s) 1, 6, Jamal Dehoyos (11) count(s) 1, 7. (jm) Modified on 10/29/2014 (jm). |

| | | |
|---|---|---|
| | | (Document originally filed under seal on 10/9/14) (Entered: 10/29/2014) |
| 10/29/2014 | | Case Designated ECF as to Courtney Hardin, Ryan Campbell, Jamal Dehoyos. (jm) (Entered: 10/29/2014) |
| 10/29/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Initial Appearance as to Ryan Campbell held on 10/29/14. (jbo) (Entered: 10/30/2014) |
| 10/29/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Kendal Thompson (7) Count 1ss,2ss and Ryan Campbell (10) Count 1,6 held on 10/29/2014. Plea entered by Kendal Thompson (7) Count 1ss,2ss and Ryan Campbell (10) Count 1,6 Not Guilty. Defendant Campbell, produced by US Marshals, present with attorney Becker. Defendant Thompson, produced by US Marshals, present with attorney Cecutti &Poscablo present. Defendant Campbell makes his first appearance, completes his financial affidavit, is sworn to the truth of it, is advised of his rights and is then arraigned on S4. The defendant enters a plea of not guilty to Counts 1 and 6. Court accepts pleas of not guilty to Counts 1 &6. Defendant Thompson appears and is arraigned on S4 and enters plea of not guilty to Counts 1 &2. Court accepts pleas of not guilty to Counts 1 &2. The discovery as to defendant Campbell is to be produced by Monday regarding the two new robberies. No additional discovery needs to be produced to defendant Thompson. Trial date retained, for 12/1, as to defendants Thompson and Robinson. Defendant Thompson notes that he consents to a motion that defendant Robinson is expected to make for an adjournment of trial date to 3/2/15. Defendant Campbell has no conflict with 3/2 trial date but not having had a chance to review discovery cant commit to that date until review of the material. Defendant Thompsons motion to sever is still pending, the Gvt opposes the motion. Defendant Campbells motions to be filed by 12/3/14, Gvt answer by 12/17/14, Argument 12/19/14 at 10 am. Defendant Campbell notifies that he will not seek bail at this time as he is currently being detained on another case currently before Judge Scheindlin. The defendants are continued remanded. (jbo) (Entered: 10/30/2014) |
| 10/29/2014 | 98 | CJA 23 Financial Affidavit by Ryan Campbell. CJA Gary G. Becker appointed.(Signed by Judge Judge Robert P. Patterson) (dnd) (Entered: 11/04/2014) |
| 10/29/2014 | 109 | CJA 20 as to Ryan Campbell: Appointment of Attorney Gary Becker for Ryan Campbell. (Appointed by Judge Robert P. Patterson on 10/29/14)(ade) (Entered: 12/04/2014) |
| 10/30/2014 | 97 | LETTER MOTION addressed to Judge Robert P. Patterson from Louis V. Fasulo dated 10/30/14 re: Adjournment of Trial . Document filed by Sean Robinson. (Fasulo, Louis) (Entered: 10/30/2014) |
| 10/31/2014 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Arraignment as to Sean Robinson (8) Count 1s,2s,3s–7s held on 10/31/2014. Defendant Robinson, produced by US Marshals, present with attorney Fasulo.Defendant Thompson, not produced by US Marshals, attorney Cecutti present.AUSAs Cooper &Poscablo present. Mr. Cecutti waives the presence of his client for todays proceedings as he is not feeling well today. Defendant Robinson appears and is arraigned on S4, Counts 1,2,3,4,5,6 and 7. The defendantenters a plea of not guilty to all seven counts. The Court accepts the pleas of not guilty to Counts 1 through 7. Conference held, Gvt notes that there are two additional robberies in this indictment and that discovery to the defendant will be provided by 11/7. The defendant is to review the discovery by 11/21/14. Application for adjournment of trial date to 3/2/14 at 11:30 a.m. is granted. Hearing scheduled for 11/5 is adjourned to 12/16 at 11:30 a.m. Voir Dire,Requests to charge and any inlimine motions are due by 2/11/5. 404B notice by 2/1/15, 3500 material and any exhibits to be used at trial to be provided by 2/27/15. All time is excluded, IOJ, through 3/2/15. Defendant Robinson continued remanded. PATTERSON, J. (ajc) (Entered: 11/19/2014) |
| 10/31/2014 | | As to Kendal Thompson, Sean Robinson: Jury Trial set for 3/2/2015 at 11:30 AM before Judge Robert P. Patterson. Status Conference set for 12/16/2014 at 11:30 AM before Judge Robert P. Patterson. (Signed by Judge Robert P. Patterson on 10/31/14) (ajc) (Entered: 11/19/2014) |

| 11/05/2014 | 99 | ORDER granting 97 LETTER MOTION Request for an adjournment of the trial date in this matter as to Sean Robinson (8). Application granted. Trial date: March 2, 2014 Voir Dire Requests, Requests to Charge and 403(b) Requests byFebruary 23, 2015. SO ORDERED.(Signed by Judge Robert P. Patterson on 11/5/2014) (dnd) (Entered: 11/05/2014) |
|---|---|---|
| 11/07/2014 | 103 | ORDER as to (S3–14–Cr–130–01) Allen Williams. WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 14, 2014; WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea; IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. SO ORDERED: (Signed by Judge Robert P. Patterson on 11/6/2014)(bw) (Entered: 11/17/2014) |
| 11/13/2014 | 100 | TRANSCRIPT of Proceedings as to Allen Williams re: Plea held on 10/14/2014 before Magistrate Judge Debra C. Freeman. Court Reporter/Transcriber: William Richards, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/8/2014. Redacted Transcript Deadline set for 12/18/2014. Release of Transcript Restriction set for 2/17/2015. (McGuirk, Kelly) (Entered: 11/13/2014) |
| 11/13/2014 | 101 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Plea proceeding held on 10/14/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/13/2014) |
| 11/17/2014 | 102 | SEALED DOCUMENT placed in vault. (nm) (Entered: 11/17/2014) |
| 12/01/2014 | 104 | LETTER MOTION addressed to Judge Robert P. Patterson from Gary G. Becker dated December 1, 2014 re: Request to Modify Schedule for Filing of Pre–Trial Motions . Document filed by Ryan Campbell. (Becker, Gary) (Entered: 12/01/2014) |
| 12/02/2014 | 105 | NOTICE of Change of Address as to Ryan Campbell. New Address: Gary G. Becker, PLLC, 747 Third Avenue, 20th Floor, New York, NY, USA 10017, 212–785–7565. (Becker, Gary) (Entered: 12/02/2014) |
| 12/03/2014 | 106 | MEMO ENDORSEMENT granting 104 LETTER MOTION To request that the date for filing of Mr. Campbell's pretrial motions, be extended to January 19, 2015, and that the government 's response be due by February 2, 2015. Oral argument to be at a date and time that is convenient for the Court...ENDORSEMENT..Application granted. SO ORDERED. (Signed by Judge Robert P. Patterson on 12/2/14) (jw) (Entered: 12/03/2014) |
| 12/03/2014 | 107 | TRANSCRIPT of Proceedings as to Terrell Ratliff re: Sentence held on 10/23/2014 before Judge Robert P. Patterson. Court Reporter/Transcriber: Denise Richards, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2014. Redacted Transcript Deadline set for 1/8/2015. Release of Transcript Restriction set for 3/6/2015. (McGuirk, Kelly) (Entered: 12/03/2014) |
| 12/03/2014 | 108 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Terrell Ratliff. Notice is hereby given that an official transcript of a Sentence proceeding held on 10/23/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 12/03/2014) |

| 12/04/2014 | 110 | SEALED DOCUMENT placed in vault. (mps) (Entered: 12/04/2014) |
|---|---|---|
| 12/08/2014 | 111 | SEALED DOCUMENT placed in vault. (mps) (Entered: 12/08/2014) |
| 12/29/2014 | 112 | SENTENCING SUBMISSION by Roberto Grant. (Attachments: # 1 Exhibit A)(Siegel, Jesse) (Entered: 12/29/2014) |
| 12/31/2014 | 113 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Ryan Campbell. (jbo) (Entered: 01/05/2015) |
| 12/31/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman:Change of Plea Hearing as to Ryan Campbell held on 12/31/2014. Defendant appears with attorney Gary Becker. AUSA Negar Tekeei present for the Government.Court reporter present. Defendant withdraws plea of not guilty and enters a plea of guilty to count one of the fourth superseding indictment. Magistrate Judge Freeman recommends that Judge Patterson accept the proffered plea. PSI ordered. Control date 4/2/15. Dention continued. (ajc) (Entered: 01/05/2015) |
| 12/31/2014 | | Change of Not Guilty Plea to Guilty Plea as to Ryan Campbell (10) Count 1. (ajc) (Entered: 01/05/2015) |
| 12/31/2014 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Plea entered by Ryan Campbell (10) Guilty as to Count 1. (ajc) (Entered: 01/05/2015) |
| 12/31/2014 | | Order of Referral to Probation for Presentence Investigation and Report as to Ryan Campbell. (Signed by Magistrate Judge Debra C. Freeman on 12/31/14) (ajc) (Entered: 01/05/2015) |
| 01/05/2015 | 114 | ENDORSED LETTER as to Ryan Campbell addressed to Judge Robert P. Patterson from Negar Tekeei dated 12/29/2014 re: Enclosed please find for your consideration a copy of the plea agreement. ENDORSEMENT: Application granted. After reading the correspondence, I have no objection to proceeding in the manner outlined in the proposed plea agreement for cases S1 14 Cr. 254 (S.A.S.) and S4 14 Cr. 130 (R.P.P.). I approve of Magistrate Judge Debora C. Freeman taking the plea outlined in the plea agreement. SO ORDERED. (Signed by Judge Robert P. Patterson on 12/29/2014)(ft) (Entered: 01/05/2015) |
| 01/12/2015 | 115 | SENTENCING SUBMISSION by USA as to Roberto Grant. (Cooper, Richard) (Entered: 01/12/2015) |
| 01/13/2015 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Defendant, produced by US Marshals, present with attorney Siegel. AUSA Cooper present.Sentencing begins and adjourns to 1/20/15 at 2:30 p.m. The defendant is continued remanded. PATTERSON, J. (ajc) (Entered: 01/14/2015) |
| 01/13/2015 | | As to Roberto Grant: Sentencing set for 1/20/2015 at 02:30 PM before Judge Robert P. Patterson. (Signed by Judge Robert P. Patterson on 1/13/15) (ajc) (Entered: 01/14/2015) |
| 01/16/2015 | 116 | LETTER by Allen Williams addressed to Judge Robert P. Patterson from Allen Williams dated 12/26/14 re: For the reasons stated the undersigned respectfully requests that the Court direct the Government to return the property heretofore mentioned. (jw) (Entered: 01/16/2015) |
| 01/23/2015 | 117 | TRANSCRIPT of Proceedings as to Roberto Grant re: Sentence held on 1/13/2015 before Judge Robert P. Patterson. Court Reporter/Transcriber: Lisa Picciano Fellis, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/17/2015. Redacted Transcript Deadline set for 2/26/2015. Release of Transcript Restriction set for 4/27/2015. (McGuirk, Kelly) (Entered: 01/23/2015) |
| 01/23/2015 | 118 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roberto Grant. Notice is hereby given that an official transcript of a Sentence proceeding held on 1/13/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the |

| | | |
|---|---|---|
| | | transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/23/2015) |
| 01/23/2015 | | Minute Entry for proceedings held before Judge Robert P. Patterson: Suppression Hearing as to Kendal Thompson held on 1/23/2015. Defendant, produced by US Marshals, present with attorney Cecutti. AUSA Cooper present. Suppression Hearing held. Trial date retained for 3/2/15. Upon receipt of the transcriptDefenses post hearing submission by 2/4/15, Gvt post hearing submission by 2/11/15. The defendant is continued remanded. PATTERSON, J. (ajc) (Entered: 02/17/2015) |
| 01/29/2015 | 119 | TRANSCRIPT of Proceedings as to Ryan Campbell re: Plea held on 12/31/14 before Magistrate Judge Debra C. Freeman. Court Reporter/Transcriber: William Richards, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/23/2015. Redacted Transcript Deadline set for 3/5/2015. Release of Transcript Restriction set for 5/4/2015. (McGuirk, Kelly) (Entered: 01/29/2015) |
| 01/29/2015 | 120 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ryan Campbell. Notice is hereby given that an official transcript of a Plea proceeding held on 12/31/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/29/2015) |
| 01/29/2015 | 121 | ENDORSED LETTER as to (S4–14–Cr–130–) Kendal Thompson (7), Sean Robinson (8) addressed to Judge Robert P. Patterson from AUSA Richard A. Cooper dated January 28, 2015 re: The parties respectfully request that the post–hearing briefing schedule be adjusted such that the defendant's post–hearing brief would be due on February 9, 2015 and the Government's post–hearing brief would be due on February 20, 2015, and further that the trial date be adjourned to April 27, 2015 or April 20, 2015. Should the Court grant this request, in the interests of justice, the Government respectfully requests that the time through the date set for trial be excluded for speedy trial calculations pursuant to 18 U.S.C. § 316l(h)(7)(A). The ENDORSEMENT: Application Granted. Trial date adjourned to 4/27/15 at 11:30 AM. Application Granted. Time is excluded in the interest of justice through 4/27/15. So Ordered. (Signed by Judge Robert P. Patterson on 1/29/2015)(bw) (Entered: 01/29/2015) |
| 02/02/2015 | 122 | ORDER as to Ryan Campbell. IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. (Signed by Judge Robert P. Patterson on 1/30/2015)(ft) (Entered: 02/02/2015) |
| 02/04/2015 | 123 | TRANSCRIPT of Proceedings as to Kendal Thompson re: Hearing held on 1/23/2015 before Judge Robert P. Patterson. Court Reporter/Transcriber: Martha Drevis, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/2/2015. Redacted Transcript Deadline set for 3/12/2015. Release of Transcript Restriction set for 5/8/2015. (McGuirk, Kelly) (Entered: 02/04/2015) |
| 02/04/2015 | 124 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kendal Thompson. Notice is hereby given that an official transcript of a Hearing proceeding held on 1/23/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/04/2015) |
| 02/09/2015 | 125 | MEMORANDUM in Support by Kendal Thompson re 67 MOTION to Suppress *Statement Evidence, and other Pre–Trial Motions.*. (Cecutti, Anthony) (Entered: 02/09/2015) |

| 02/11/2015 | | NOTICE OF CASE REASSIGNMENT as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson, Courtney Hardin, Ryan Campbell, Jamal Dehoyos, to Judge Loretta A. Preska. Judge Robert P. Patterson no longer assigned to the case. (pgu) (Entered: 02/11/2015) |
|---|---|---|
| 02/13/2015 | 126 | SEALED DOCUMENT placed in vault. (nm) (Entered: 02/13/2015) |
| 02/18/2015 | 127 | LETTER by USA as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson, Courtney Hardin, Ryan Campbell, Jamal Dehoyos addressed to Judge Loretta A. Preska from Richard Cooper dated 2/18/2015 re: Adjournment request Document filed by USA. (Cooper, Richard) (Entered: 02/18/2015) |
| 02/18/2015 | 128 | MEMO ENDORSEMENT as to Kendal Thompson on re: 127 Letter, filed by USA. ENDORSEMENT: The hearing is adjourned to March 16, 2015 at 10:00 a.m. (Signed by Judge Loretta A. Preska on 2/18/2015)(ft) (Entered: 02/18/2015) |
| 02/18/2015 | | Set/Reset Deadlines/Hearings as to Kendal Thompson: Suppression Hearing set for 3/16/2015 at 10:00 AM before Judge Loretta A. Preska. (ft) (Entered: 02/18/2015) |
| 02/23/2015 | 129 | LETTER by Allen Williams addressed to Dear Officer Thomas from Mark S. DeMarco dated 2/18/15 re: Defendant respectfully submits the following objections to your Presentence Investigation Report (hereinafter "PSR") dated February 5, 2015. Therefore, since Mr. Williams was unaware that this robbery had been planned and did not know that it was committed until after his arrest, the possession and use of the hammer by a co−conspirator should not be imputed to him. (jw) (Entered: 02/23/2015) |
| 03/13/2015 | 131 | Sentencing Letter by Allen Williams as to Allen Williams, Roberto Grant, Terrell Ratliff, Tyrone Dehoyos, Ralik Hansen, Ronald McIntrye, Kendal Thompson, Sean Robinson, Courtney Hardin, Ryan Campbell, Jamal Dehoyos addressed to Hon. Loretta A. Preska from Mark S. DeMarco dated March 13, 2015 re: U.S. v. Allen Williams. (Attachments: # 1 Exhibit Certficates, # 2 Exhibit Letter, # 3 Exhibit Family Photos, # 4 Exhibit Work Evaluations)(DeMarco, Mark) (Entered: 03/13/2015) |
| 03/16/2015 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Suppression Hearing as to Kendal Thompson held on 3/16/2015. Defendant present with his attorney Anthony Cecutti. AUSA Richard Cooper present. 10:17 – The Government calls Edwin Espinal. 10:18 – Direct examination of Edwin Espinal. 10:26 – // govt ex. 1 // 10:31 – Cross examination of Edwin Espinal begins. 11:09 – Redirect. 11:10 – Govt calls Anthony Spencer. 11:11 – Direct of Anthony Spencer. 11:16 – Cross examination of Anthony Spencer. 11:32 – Redirect. 11:33 – Govt rests. 11:33 – Defense rests. 11:34 – Argument held. 11:48 – Ruling. Motion to suppress denied. Defense motion to sever is withdrawn. Defense motion for Bill of Particulars is denied. Time is excluded from today, until May 26, 2015 from calculation under the speedy trial act in the interest of justice. (jbo) (Entered: 03/19/2015) |
| 03/17/2015 | 132 | SENTENCING SUBMISSION by USA as to Allen Williams. (Cooper, Richard) (Entered: 03/17/2015) |
| 03/18/2015 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Sentencing held on 3/18/2015 for Allen Williams (1) Count 1sss. Defendant present with his attorney Mark DeMarco. AUSA RichardCooper present. The defendant is sentenced to 108 monthsfollowed by 3 years of supervised release. All standard termsand conditions of supervised release with the special conditionsof access to requested financial information, no new creditcharges, searches. Restitution in the amount of $1,091,000.00;special assessment in the amount of $100.00 to be paid promptly.Open counts and underlying indictments dismissed. JCto follow.LORETTA A. PRESKA,Chief U.S.D.J. (ajc) (Entered: 03/19/2015) |
| 03/27/2015 | 133 | LETTER MOTION addressed to Judge Loretta A. Preska from Gary G. Becker dated March 27, 2015 re: Request for Consolidation of Cases for Sentencing . Document filed by Ryan Campbell. (Becker, Gary) (Entered: 03/27/2015) |

| 03/27/2015 | | DISMISSAL OF COUNTS on Government Motion as to Allen Williams (1) Count 1, 1s, 1ss, 2−5, 2s−5s, 3ss−7ss, 3sss−7sss. (ft) (Entered: 03/30/2015) |
|---|---|---|
| 03/27/2015 | <u>134</u> | JUDGMENT as to Allen Williams (1), Plead guilty to Count(s) 1, 1s, 1ss, 2−5, 2s−5s, 3ss−7ss, 3sss−7sss, Dismissed; Count(s) 1sss, Imprisonment: 108 MONTHS. Supervised Release: 3 YEARS. The defendant is remanded to the custody of the United States Marshal. l. The defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation/supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions. 2. The defendant shall provide the probation officer with access to any requested financial information. 3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. The defendant is to report to the nearest Probation Office within 72 hours of release from custody. The defendant shall be supervised by the district of residence. Standard condition 6 is amended to: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment, or if such notification is not possible, then within five days after such change. The defendant shall pay the special assessment fee of $100. The defendant shall pay the restitution amount of $1,091,000.00. The defendant shall 1nake pay1nents at a rate of no less than 10% of his gross monthly income. Payments shall begin 30 days after the release from custody. Payments shall be made to the Clerk of the Court, Southern District of New York, 500 Pearl Street, New York, NY 10007. From time to time, the Clerk of the Court shall make proportionate payments to the victims. (Signed by Judge Loretta A. Preska on 3/26/2015)(ft) (Entered: 03/30/2015) |
| 03/31/2015 | | NOTICE OF CASE REASSIGNMENT as to Ryan Campbell, to Judge Shira A. Scheindlin. Judge Loretta A. Preska no longer assigned to the case. (pgu) (Entered: 03/31/2015) |
| 04/15/2015 | <u>135</u> | TRANSCRIPT of Proceedings as to Kendal Thompson re: Conference held on 3/16/2015 before Judge Loretta A. Preska. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/11/2015. Redacted Transcript Deadline set for 5/21/2015. Release of Transcript Restriction set for 7/17/2015. (McGuirk, Kelly) (Entered: 04/15/2015) |
| 04/15/2015 | <u>136</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Kendal Thompson. Notice is hereby given that an official transcript of a Conference proceeding held on 3/16/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 04/15/2015) |
| 04/16/2015 | <u>137</u> | TRANSCRIPT of Proceedings as to Allen Williams re: Sentence held on 3/18/2015 before Judge Loretta A. Preska. Court Reporter/Transcriber: Vincent Bologna, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/11/2015. Redacted Transcript Deadline set for 5/21/2015. Release of Transcript Restriction set for 7/20/2015. (McGuirk, Kelly) (Entered: 04/16/2015) |
| 04/16/2015 | <u>138</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Sentence proceeding held on 3/18/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without |

| | | |
|---|---|---|
| | | redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 04/16/2015) |
| 04/21/2015 | 139 | NOTICE of Change of Address as to Kendal Thompson. New Address: Law Office of Anthony Cecutti, 217 Broadway, Suite 707, New York, New York, USA 10007, 917−741−1837. (Cecutti, Anthony) (Entered: 04/21/2015) |
| 04/29/2015 | 140 | LETTER MOTION addressed to Judge Loretta A. Preska from AUSA Andrea Griswold dated 4.29.15 re: Pretrial Schedule *Joint Proposed Schedule*. Document filed by USA as to Kendal Thompson, Sean Robinson. (Griswold, Andrea) (Entered: 04/29/2015) |
| 04/30/2015 | 141 | MEMO ENDORSEMENT granting 140 LETTER MOTION filed by USA as to Kendal Thompson (7), Sean Robinson (8), addressed to Judge Loretta A. Preska from AUSA Andrea Griswold dated 4/29/15 re: Pretrial Schedule Joint Proposed Schedule. Pursuant to the Court's direction, the Government respectfully writes to request that the Court endorse the following proposed schedule, which is jointly proposed by all parties: − No later than May 8, 2015, all parties shall file with the Court any motions in limine that they wish to bring. − No later than May 11, 2015, all parties shall file with the Court any oppositions to motion in limine. − No later than May 12, 2015, all parties shall file with the Court any replies to motions in limine. − No later than May 13, 2015, all parties shall file with the Court proposed voir dire and requests to charge. − A final pretrial conference shall be held on the afternoon of May 14, 2015 at 1:00 p.m. − Trial will begin on May 26, 2015. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 4/30/2015) (bw) (Entered: 04/30/2015) |
| 04/30/2015 | | Set/Reset Deadlines/Hearings as to Kendal Thompson (7), Sean Robinson (8): Motions due by 5/8/2015. Responses due by 5/11/2015. Replies due by 5/12/2015. Ready for Trial by 5/26/2015. Pretrial Conference set for 5/14/2015 at 01:00 PM before Judge Loretta A. Preska. (bw) (Entered: 04/30/2015) |
| 05/07/2015 | 142 | FIRST LETTER MOTION addressed to Judge Loretta A. Preska from AUSA Andrea Griswold dated 5.7.15 re: Adjournment pretrial deadlines . Document filed by USA as to Kendal Thompson. (Griswold, Andrea) (Entered: 05/07/2015) |
| 05/07/2015 | 143 | ENDORSED LETTER as to (S4−14−Cr−130−07) Kendal Thompson addressed to Judge Loretta A. Preska from AUSA Andrea M. Griswold dated May 7, 2015 re: The Government respectfully writes on behalf of the parties to request that the Court adjust the pretrial motion schedule as follows: Adjourn the date by which the parties shall file any motions in limine from May 8, 2015 to May 12, 2015; Adjourn the date by which the parties shall file any opposition to motions in limine to May 13, 2015. ENDORSEMENT: SO ORDERED. (Signed by Judge Loretta A. Preska on 5/7/2015)(bw) (Entered: 05/07/2015) |
| 05/07/2015 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Change of Plea Hearing as to Sean Robinson held on 5/7/2015. Plea entered by Sean Robinson (8) Guilty as to Count 1s. Defendant present with his attorney Louis Fasulo. AUSAs Andrea Griswold and Richard Cooper present. The agreement is acceptable to the court. The defendant withdraws his plea of not guilty and enters a plea of guilty to count one of the indictment. Sentencing scheduled for August 10, 2015 at 11:00 a.m. PSI Ordered. (Sentencing set for 8/10/2015 at 11:00 AM before Judge Loretta A. Preska.) (jbo) (Entered: 06/11/2015) |
| 05/07/2015 | | Change of Not Guilty Plea to Guilty Plea as to Sean Robinson (8) Count 1s. (jbo) (Entered: 06/11/2015) |
| 05/07/2015 | | Order of Referral to Probation for Presentence Investigation and Report as to Sean Robinson. (Signed by Judge Loretta A. Preska on 5/7/15)(jbo) (Entered: 06/11/2015) |
| 05/14/2015 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Change of Plea Hearing as to Kendal Thompson held on 5/14/2015. Plea entered by Kendal Thompson (7) Guilty as to Count 1ss. Defendant present with his attorney Anthony Cecutti. AUSAs Richard Cooper and Andrea Griswold present. The agreement is acceptable to the Court. The defendant withdraws his plea of not guilty and enters a plea of guilty to Count 1. Sentencing scheduled for September 2, 2015 at 10:00 a.m. PSI ordered. (jbo) (Entered: 05/14/2015) |

| | | |
|---|---|---|
| 05/14/2015 | | Change of Not Guilty Plea to Guilty Plea as to Kendal Thompson (7) Count 1ss. (jbo) (Entered: 05/14/2015) |
| 05/14/2015 | | Order of Referral to Probation for Presentence Investigation and Report as to Kendal Thompson. (Signed by Judge Loretta A. Preska on 5/14/15)(jbo) (Entered: 05/14/2015) |
| 06/03/2015 | 145 | TRANSCRIPT of Proceedings as to Sean Robinson re: Plea held on 5/7/2015 before Judge Loretta A. Preska. Court Reporter/Transcriber: Patricia Kaneshiro−Miller, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/29/2015. Redacted Transcript Deadline set for 7/9/2015. Release of Transcript Restriction set for 9/4/2015. (McGuirk, Kelly) (Entered: 06/03/2015) |
| 06/03/2015 | 146 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Sean Robinson. Notice is hereby given that an official transcript of a Plea proceeding held on 5/7/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/03/2015) |
| 06/10/2015 | 147 | TRANSCRIPT of Proceedings as to Allen Williams re: Plea held on 5/14/2015 before Judge Loretta A. Preska. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2015. Redacted Transcript Deadline set for 7/16/2015. Release of Transcript Restriction set for 9/11/2015. (McGuirk, Kelly) (Entered: 06/10/2015) |
| 06/10/2015 | 148 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Allen Williams. Notice is hereby given that an official transcript of a Plea proceeding held on 5/14/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/10/2015) |
| 06/15/2015 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference as to Ryan Campbell held on 6/15/2015. Defendant present with his attorneys Gary Becker and Kevin G. Roe. AUSAs Negar Tekeei and Richard Cooper present. Court reporter present. Defendant remanded. (ajc) (Entered: 06/16/2015) |
| 06/25/2015 | 149 | SEALED DOCUMENT placed in vault. (nm) (Entered: 06/25/2015) |
| 06/25/2015 | 150 | SEALED DOCUMENT placed in vault. (nm) (Entered: 06/25/2015) |
| 07/27/2015 | 151 | SENTENCING SUBMISSION by Sean Robinson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fasulo, Louis) (Entered: 07/27/2015) |
| 08/03/2015 | 153 | ENDORSED LETTER as to Ryan Campbell addressed to Judge Shira A. Scheindlin from Gary G. Becker dated 8/3/2015 re: Leave to File Memorandum. ENDORSEMENT: The request is granted. The government's reply is now due on Monday, August 11, 2015. The sentencing is now adjourned until Friday, August 14, 2015, at 11:00 AM. (Signed by Judge Shira A. Scheindlin on 8/3/2015)(ft) (Entered: 08/04/2015) |
| 08/03/2015 | | Set/Reset Deadlines/Hearings as to Ryan Campbell: Replies due by 8/11/2015. Sentencing set for 8/14/2015 at 11:00 AM before Judge Shira A. Scheindlin. (ft) (Entered: 08/04/2015) |
| 08/05/2015 | 154 | SENTENCING SUBMISSION by USA as to Sean Robinson. (Cooper, Richard) (Entered: 08/05/2015) |

| 08/06/2015 | 156 | SENTENCING SUBMISSION by Sean Robinson. (Attachments: # 1 Supplement Letters of Support)(Fasulo, Louis) (Entered: 08/06/2015) |
|---|---|---|
| 08/07/2015 | 157 | SENTENCING SUBMISSION by Sean Robinson. (Attachments: # 1 Supplement Letters of Support)(Fasulo, Louis) (Entered: 08/07/2015) |
| 08/10/2015 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Sentencing held on 8/10/2015 for Sean Robinson (8) Count 1s. Defendant present with his attorney Louis Fasulo. AUSAs Andrea Griswold and Richard Cooper present. The defendant is sentenced to: 240 months followed by 7 3 years of supervised release. All standard terms and conditions of supervised release with the special conditions of access to requested financial info., no new credit charges substance abuse treatment, searches. Restitution in the amount of $1,106,000.00. Special assessment in the amount of $100.00. BOP–UNICOR. Restitution shall begin 30 days after the entry of judgment. BOP–UNICOR. Payments shall continue on supervision at a rate of no less than 15% of his gross monthly income. The Court recommends the defendant be designated to a facility as close as possible to the Metropolitan NY area. Open counts and underlying indictment are dismissed. JC to follow. (jbo) (Entered: 08/14/2015) |
| 08/10/2015 | | DISMISSAL OF COUNTS on Government Motion as to Sean Robinson (8) Count 1,2,2s,3,3s–7s,5–6. (bw) (Entered: 08/14/2015) |
| 08/11/2015 | 161 | NOTICE OF APPEAL by Sean Robinson from 159 Judgment. *[NOA filed by CJA appointed attorney on behalf of the defendant].* (nd) (Entered: 08/18/2015) |
| 08/14/2015 | | Payment of Special Assessment from Ryan Campbell in the amount of $300.00. Date Received: 8/14/2015. (moh) (Entered: 08/14/2015) |
| 08/14/2015 | 159 | JUDGMENT In A Criminal Case (S4–14–Cr–130–08). Date of Imposition of Judgment: August 10, 2015. Defendant Sean Robinson (8) pleaded guilty to Count(s) 1s. Count(s) Any Open are dismissed on the motion of the United States. Underlying Indictments are dismissed on the motion of the United States. Motion(s) Any Pending are denied as moot. IMPRISONMENT: 240 MONTHS. The court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to a facility as close as possible to the Metropolitan New York Area. –The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: 3 YEARS. Special Conditions of Supervision (see page 4 of Judgment). ASSESSMENT: $100.00, due immediately. RESTITUTION: $1,106,000.00. Special Instructions regarding the payment of criminal monetary penalties (See page 6 of Judgment). Joint and Several (See page 6 of Judgment). (Signed by Judge Loretta A. Preska on 8/13/2015)(bw) (Entered: 08/14/2015) |
| 08/14/2015 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Sentencing held on 8/14/2015 for Ryan Campbell (10) Count 1. [See Judgment filed on 8/17/2015.] (bw) (Entered: 08/17/2015) |
| 08/14/2015 | | DISMISSAL OF COUNTS on Government Motion as to Ryan Campbell (10) Count 6. (bw) (Entered: 08/17/2015) |
| 08/17/2015 | 160 | JUDGMENT In A Criminal Case (S4–14–CR–130–10 and S1–14–CR–254–01). Date of Imposition of Judgment: August 14, 2015. Defendant Ryan Campbell (10) pleaded guilty to Count(s) 1 (in S4–14–CR–130); and Count(s) 2 and 3 (in S1–14–CR–254). Count(s) 6 in S4–14–CR–130 and Count 1 in S1–14–CR–254 are dismissed on the motion of the United States. Underlying Indictment(s) S3–14–CR–130, S2–14–CR–130, S1–14–CR–130, 14–CR–130, and 14–CR–254 are dismissed on the motion of the United States. IMPRISONMENT: Seventy (70) months in custody on Count 1 (in S4–14–CR–130) and Count 3 (in S1–14–CR–254) to be served concurrently, to be followed consecutively by twenty–four (24) months in custody on Count 2 (in S1–14–CR–254). The court makes the following recommendations to the Bureau of Prisons: That defendant be designated to FCI Otisville. –The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Three (3) years on each count, to run concurrently. –The above drug testing condition (see page 3 of Judgment) is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. –The defendant shall not possess a firearm, ammunition, |

| | | |
|---|---|---|
| | | destructive device, or any other dangerous weapon. –The defendant shall cooperate in the collection of DNA as directed by the probation officer. Additional Supervised Release Terms (see page 4 of Judgment). ASSESSMENT: $300.00, due immediately. RESTITUTION: $523,751.45, Name of Payee: See Order of Restitution entered on August 14, 2015. Special instructions regarding the payment of criminal monetary penalties: Orders of Restitution and Forfeiture were entered in S1–14–CR–254 on August 14, 2015. The terms of those orders are hereby incorporated into this Judgment. The defendant shall forfeit the defendant's interest in the following property to the United States: $523,751.45 in United States currency. (Signed by Judge Shira A. Scheindlin on 8/17/2015) [*** NOTE: Also docketed in Criminal Case S1–14–CR–254–01(SAS), Doc.#43. ***](bw) (Entered: 08/17/2015) |
| 08/18/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Sean Robinson to US Court of Appeals re: 161 Notice of Appeal – Final Judgment. (nd) (Entered: 08/18/2015) |
| 08/18/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Sean Robinson re: 161 Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2015) |
| 08/19/2015 | 162 | LETTER addressed to Judge Loretta A. Preska from Defendant (14–Cr–130–08) Sean Robinson, not dated. [*** NOTE: This Letter was received by Judge Preska's Chambers on 8/18/2015. ***] (bw) (Entered: 08/19/2015) |
| 08/21/2015 | 163 | LETTER addressed to Judge Loretta A. Preska from Defendant (14–Cr–130–08) Sean Robinson, not dated. [*** NOTE: This letter was received by Judge Preska's Chambers on 8/19/2015. ***] (bw) (Entered: 08/21/2015) |
| 08/21/2015 | 164 | LETTER addressed to Judge Loretta A. Preska from Defendant (14–Cr–130–08) Sean Robinson, not dated. [*** NOTE: This letter was received by Judge Preska's Chambers on 8/19/2015. ***] (bw) (Entered: 08/21/2015) |
| 08/24/2015 | 165 | NOTICE OF APPEAL by Ryan Campbell from 160 Judgment. (tp) (Entered: 08/25/2015) |
| 08/24/2015 | | Appeal Remark as to Ryan Campbell re: 165 Notice of Appeal – Final Judgment. ATTORNEY CJA. (tp) (Entered: 08/25/2015) |
| 08/25/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ryan Campbell to US Court of Appeals re: 165 Notice of Appeal – Final Judgment. (tp) (Entered: 08/25/2015) |
| 08/25/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ryan Campbell re: 165 Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/25/2015) |